AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>COLE TOMAS ALLEN<br>DOB: XX/XX/XXXX<br><br>_____<br>*Defendant(s)* | ) Case: 1:26-mj-00080<br>) Assigned To : Sharbaugh, Matthew J.<br>) Assign. Date : 4/27/2026<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 25, 2026_____ in the county of _____Washington_____ in the

_____ District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1751(c) | - Attempt to Assassinate the President of the United States |
| 18 U.S.C. § 924(b) | - Transportation of a Firearm & Ammunition in Interstate Commerce with Intent to Commit a Felony |
| 18 U.S.C. § 924(c)(1)(A)(iii) | - Discharge of a Firearm during a Crime of Violence |

This criminal complaint is based on these facts:

See attached Statement of Facts.

☑ Continued on the attached sheet.

_____, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____04/27/2026_____

_____
*Judge's signature*

City and state: _____Washington, DC_____     Matthew J. Sharbaugh United States Magistrate Judge
*Printed name and title*