AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

SEALED

FID 11954684

for the

District of Columbia

**RECEIVED**

By USMS  District of Columbia District Court at 10:52 am, Apr 27, 2026

United States of America

v.

COLE TOMAS ALLEN

) Case: 1:26-mj-00080
) Assigned To : Sharbaugh, Matthew J.
) Assign. Date : 4/27/2026
) Description: COMPLAINT W/ARREST WARRANT
)

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     COLE TOMAS ALLEN                                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1751(c) - Attempt to Assassinate the President of the United States

18 U.S.C. § 924(b) - Transportation of a Firearm & Ammunition in Interstate Commerce with Intent to Commit a Felony

18 U.S.C. § 924(c)(1)(A)(iii) - Discharge of a Firearm during a Crime of Violence

Date:   04/27/2026

*Issuing officer's signature*

City and state:     Washington, DC

Matthew J. Sharbaugh, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 04/27/2026 , and the person was arrested on *(date)* 04/27/2026 at *(city and state)* Washington D. C. <br><br> Date: 04/27/2026 <br><br> *Arresting officer's signature* <br><br> Kenneth Keh  DUSM <br> *Printed name and title* |