**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **26-cr-98-TNM** |
| **COLE TOMAS ALLEN** | : | |

**CONSENT MOTION TO CONTINUE**

Cole Tomas Allen, through undersigned counsel and with consent of the United States, respectfully requests that this Honorable Court continue his status hearing for approximately twenty-five days.[1] Mr. Allen does not oppose exclusion of time under the Speedy Trial Act during this period.

The parties last appeared before the Court on August 20, 2026 after the Defense had made specific discovery requests in follow-up to the initial discovery provided by the Government. At the hearing, the Court indicated that it wished to set a trial date at the next hearing. Defense counsel noted that the Defense's ability to set a meaningful trial date would depend upon the Government's response to specific requests about the forensic testing conducted by law enforcement.

The Defense was advised that the next discovery production would be available as of the afternoon of September 30th. Because of counsels' schedules, which include the attorneys' in-person hearings in another jurisdiction on October 1st, the Defense

[1] The Defense requested the Government's position on approximately a 14-day continuance of the status hearing, to which the Government consents. The Defense subsequently realized that both attorneys on the Defense team will be in trial and out of the jurisdiction in 8:25-cr-335 on October 19th. Counsel anticipate that evidence will be presented through October 23, 2026 in that case.

will not be in a position to agree to a trial date, unless the trial date is set sufficiently far in advance that there would be no concern about Daubert challenges and experts' availability. As a result, the Defense requests a continuance of the status hearing to be able to review the relevant discovery and have a more definitive idea of when the attorneys and defense witnesses would be available for trial.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
TEZIRA ABE
EUGENE OHM
SUZANNE ZAKARIA
Assistant Federal Public Defenders
625 Indiana Ave. N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500