**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 26-CR-98-TNM** |
| **v.** | : | |
| | : | |
| **COLE TOMAS ALLEN,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Upon consideration of Defendant Cole Allen's motion for scheduling order, and finding good cause, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED the parties shall file a joint status report with a proposed scheduling order no later than ______________________________.

SIGNED this ___ day of ________ 2026.

__________________________________________
THE HONORABLE TREVOR N. MCFADDEN